HENRY H. LAZENBY, JR., COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Carlos J. Calandriello, OSB No. 04254
Assistant County Attorney
Office of Multnomah County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
Internet: carlo.calandriello@co.multnomah.or.us
    Of Attorneys for Defendants Multnomah County, Giusto,
    Aljets, Hathaway, Griffith and Walters

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| MICHAEL JAMES EVANS, | Civil Action No. CV 10-621 BR |
| Plaintiff, | |
| v. | [PROPOSED FORM OF] **JUDGMENT** |
| MULTNOMAH COUNTY, SHERIFF BERNIE GIUSTO, DEPUTY SCOTT ALJETS, DEPUTY DAWN HATHAWAY, DEPUTY ROBERT GRIFFITH, CITY OF PORTLAND, OFFICER RYAN ALBERTSON, SGT. TASHIA HAGER and NURSE CRAIG WALTERS, | |
| Defendants. | |

/// /// ///

/// /// ///

Page 1 – DEFENDANTS' PROPOSED FORM OF JUDGMENT

BROWN, Judge:

Based on the Court's Opinion and Order (Doc. No. 51) granting the Defendants' Motions to Dismiss and Motions for Summary Judgment (Doc. Nos. 20, 24, and 30),

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice, and without costs or fees to any party.

DATED this 25th day of April, 2011.

_____
ANNA J. BROWN
United States District Judge